## ROGERS et al. v. STATE.

No. 15062—Opinion Filed May 19, 1925.

Error from County Court, Kiowa County; J. S. Carpenter, Judge.

Action between Leon Rogers et al. and the State. From the judgment, the former bring error. Reversed and remanded.

Rummons & Hughes, for plaintiff in error.

John T. Hays, for defendant in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for new trial, for failure of the defendant in error to file brief as provided in rule 7 of this court.

## RECORDS v. STATE.

No. 15206—Opinion Filed May 19, 1925.

Error from County Court, Ottawa County; Wm. M. Thomas, Judge.

Action between David Records and the State of Oklahoma. From the judgment, the former brings error. Reversed and remanded.

W. R. Chestnut and O. F. Mason, for plaintiff in error.

A. L. Commons, for defendant in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for new trial, for failure of the defendant in error to file brief as provided in rule 7 of this court.

## GANDY v. COLLINS et al.

No. 15448—Opinion Filed May 19, 1925.

Error from District Court, Woodward County; James B. Cullison, Judge.

Action between K. O. Gandy and L. B. Collins et al. From the judgment, the former brings error. Reversed and remanded.

S. B. Laune and L. T. Wilson, for plaintiff in error.

Charles R. Alexander, for defendant in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial, for failure of the defendant in error to file brief as provided in rule 7 of this court.

## HEMMINGWAY v. BOARD OF ED., CITY OF DEVOL.

No. 15172—Opinion Filed May 19, 1925.

Error from District Court, Cotton County; Thomas A. Edwards, Assigned Judge.

Action between I. E. Hemmingway and Board of Education of the City of Devol, Cotton County, Okla. From the judgment, the former brings error. Reversed and remanded.

A. H. Japp, Harlan T. Deupree, and Porter H. Morgan, for plaintiff in error.

P. Mounts and M. J. Northcutt, for defendant in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for new trial for failure of the defendant in error to file brief as provided in rule 7 of this court.